# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1381
_____

SILAS KENDRICKS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

January 28, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Silas Kendricks, Pro Se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.